**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 1:11-CR-8 (WLS) |
| | : | |
| RANDY FLOWERS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

On June 5, 2014, the Court held a hearing on the Government's Petition for Action on Supervised Release (hereinafter "Petition"). (*See* Doc. 3.) The Petition requests revocation of Defendant's term of supervised release. The Petition alleges that Defendant violated the following conditions of supervision by: 1) failing to notify the probation office of a change in residence in violation of standard condition #6 (Violation Nos. 1, 3, and 5) and 2) failing to submit to a polygraph as directed in violation of special condition of supervision (Violation Nos. 2 and 4). Defendant was initially sentenced on April 13, 2010, to fifteen months custody followed by five years of supervised released for violating 18 U.S.C. § 2250(a), Failure to Register as a Sex Offender. (Docs. 1-2.)

During the final revocation hearing, the Court advised Defendant of the alleged violations and of his rights to a hearing on the allegations, which the Government would be required to prove by a preponderance of the evidence; to present evidence in his defense; and to testify (Defendant was also advised that he was *not required* to testify or present a defense)—all of which Defendant acknowledged he understood. Defendant then stipulated to all Violations, as alleged. The Court found by a preponderance of the evidence that Defendant violated the conditions of supervised release as set forth in Violation Nos. 1-5 of the Petition. Thus, the Court found that Defendant violated the conditions of supervised release, as alleged.

After hearing from Defendant and his lawyer regarding the circumstances of the violations, the Court then declared that the thirty days Defendant spent in custody were

sufficient to satisfy time served for the violations alleged. Accordingly, the Court reinstated the terms and conditions of Defendant's supervised release, thereby restoring the status quo. The Defendant's discharge date for his supervised release remains the same.

**SO ORDERED**, this  9th  day of June 2014.

/s/ W. Louis Sands
**W. LOUIS SANDS, JUDGE**
**UNITED STATES DISTRICT COURT**